[Civ. No. 3821. Second Appellate District, Division Two.—July 19, 1922.]

POLK McPHERSON, Respondent, v. J. C. WALLING et al., Appellants.

[1] NEGLIGENCE—COLLISION OF MOTOR VEHICLES—RELATIVE DUTY OF PARTIES — ERRONEOUS INSTRUCTION.—Judgment reversed on the authority of *McPherson* v. *Walling, ante,* p. 563.

APPEAL from a judgment of the Superior Court of Tulare County. W. B. Wallace, Judge. Reversed.

The issues involved are identical with those in *Mc-Pherson* v. *Walling, ante,* p. 563.

Ernest Walling and Power & McFadzean for Appellants.

J. A. Chase and Max B. Jamison for Respondent.

CRAIG, J.—[1] The issues involved in this appeal are identically the same as those in *McPherson* v. *Walling, ante,* p. 563 [209 Pac. 209]. The records were presented on appeal in one transcript. The reasons given in granting a reversal in that case apply to this, its companion case.

The judgment is reversed.

Finlayson, P. J., and Works, J., concurred.